# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kurian Benjamin,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., and<br>Wells Fargo Home Mortgage, a division of<br>Wells Fargo Bank, N.A.,<br><br>    Defendants. | File No. 14-CV-00810 (JRT/JJG)<br><br>**NOTICE OF WITHDRAWAL** |

  PLEASE TAKE NOTICE that attorney Jesse L. Taylor is leaving his employment with Jones Day, 325 John H. McConnell Boulevard, Suite 600, Columbus, Ohio 43215, and thus no longer represents Defendant Experian Information Solutions, Inc. in this action. As such, his name should be removed from the Clerk of Court's service matrix in this matter.

  Attorney Johanes C. Maliza of Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114, and Gregory J. Myers of Lockridge Grindal Nauen P.L.L.P. will continue as counsel for Defendant Experian Information Solutions, Inc. in the above-captioned case.

Dated: May 1, 2014

            **s/Gregory J. Myers**
            Gregory J. Myers, MN #287398
            LOCKRIDGE GRINDAL NAUEN P.L.L.P.
            100 Washington Ave. South, Suite 2200
            Minneapolis, MN  55401
            Telephone:  (612) 339-6900
            Fax:  (612) 339-0981
            gjmyers@locklaw.com

481654.1

2

        Johanes C. Maliza, OH #86875
        (admitted *pro hac vice*)
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, OH  44114
        Telephone:  (216) 586-7257
        Fax:  (216) 579-0212
        jmaliza@jonesday.com

        **ATTORNEYS FOR DEFENDANT**
        **EXPERIAN INFORMATION**
        **SOLUTIONS, INC.**