# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

KURIAN BENJAMIN,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and WELLS FARGO HOME MORTGAGE,

        Defendants.

Civil No. 14-810 (JRT/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

Kurian Benjamin, 10092 Powers Lake Trail, Woodbury, MN 55129, *pro se* plaintiff,

Johanes C Maliza, **JONES DAY,** North Point 901 Lakeside Avenue, Cleveland, OH 44114, Gregory J Myers, **LOCKRIDGE GRINDAL NAUEN PLLP,** 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401-2179, for defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Defendant Wells Fargo Home Mortgage's Motion to Dismiss (ECF No. 8) is **GRANTED**;

3. Defendant Experian Information Solutions, Inc.'s request to join Wells Fargo's motion is **GRANTED**; and

4. This case is **DISMISSED WITHOUT PREJUDICE**.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 15, 2014                              s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                          United States District Judge